**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 8 2013
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | No. 3:12-CV-4161-K |
| LOGAN L. VIG, | § | |
| Defendant, | § | |
| and | § | |
| TARYN ELIZABETH OURSO, | § | |
| Garnishee. | § | |

### ANSWER OF GARNISHEE

I, _Taryn Elizabeth Ourso_,
(Print Name)

affirm that I am Taryn Elizabeth Ourso (Garnishee), and have the authority to complete and sign this answer.

On _March 28th_ 2013, Garnishee was served with the Writ of Garnishment. Answer the following questions as of the date Garnishee was served with the writ.

1. Are other garnishments in effect? If yes, describe below and include the amount being withheld from Defendant Logan L. Vig.

_N/A_

Answer of Garnishee – Page 1

2. Garnishee has possession, custody, or control of the following property, accounts or funds, such as financial, checking, savings, certificate of deposit, money market, annuity, bond, option, commodity, exchange-traded fund, stock, mutual fund, life insurance, profit sharing, IRA, IRA rollover, SEP, 401(k), retirement, and/or pension, in which Vig maintains an interest:

Description of Property          Approximate Value

1. Alliant Bank (Joint Checking and Savings)  $ ~57,000  $ (50/50)

2. _____  $ _____

3. Other than property, accounts, and funds listed above, Garnishee anticipates owing Vig the following amounts in the future:

Amount                          Estimate Date or Period Due

1. $ _____/_____             _____

2. $ _____/_____             _____

4. If separate from Garnishee, the company or person named below has possession, custody, or control of Vig's property:

Company Name: _____/_____

Contact Person: _____

Address: _____

City, State, Zip: _____

Telephone: _____

Email: _____

Property type: _____

Answer of Garnishee – Page 2

Garnishee mailed the original of this answer to the United States District Clerk, 1100 Commerce Street, Room 1452, Dallas, TX 75242-1003; and copies to Logan L. Vig, Register No. 39647-177, USP Pollock, 1000 Airbase Road, Pollock, LA 71467; and Melissa A. Childs, Assistant United States Attorney 1100 Commerce Street, Third Floor, Dallas, TX 75242-1003.

_____  Taryn Elizabeth Ourso
(Signature)                       (Print Name)

Title _____

Address 7701 Planetree Dr.

City, State, Zip Rowlett, TX 75089

Telephone and Fax Numbers 214-326-6143

Email taryn.ourso@gmail.com

STATE OF Texas

COUNTY OF Dallas

Subscribed and sworn to before me this  5  day of April  2013

_____
Notary Public Signature

My Commission expires: February 22, 2014
(Seal)

DEANNA FERNANDEZ
Notary Public, State of Texas
My Commission Expires
February 22, 2014

Answer of Garnishee – Page 4

$6.31
US POSTAGE
FIRST-CLASS
071S00682814
75150
000007347

CERTIFIED MAIL

7003 1680 0007 4127 2233

Taryn Ourso
7761 Planetree Dr
Rowlett, TX 75089

United States District Clerk
1100 Commerce St Room 1452
Dallas, TX 75242-1003

RECEIVED
APR -8 2013